UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Dashod Reed,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ruiz, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-01217-GMN-EJY<br><br>**ORDER** |

Plaintiff, a former inmate, initiated this action by submitting an application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983 on August 3, 2023. ECF Nos. 1, 1-1. On December 7, 2023, Plaintiff filed a Notice of change of address indicating he is no longer incarcerated. ECF No. 3. In light of the foregoing, the Court denies Plaintiff's IFP application for inmates as it is moot and directs Plaintiff to file an IFP application by a non-prisoner or pay the $402 filing fee.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* for inmates (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff a copy of this Order and the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing the same.

IT IS FURTHER ORDERED that on or before **April 26, 2024**, Plaintiff will either: file a complete application to proceed *in forma pauperis* for non-prisoners; or pay the filing fee of $402.

IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* by a non-prisoner on or before **April 26, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number when he is able to file an application to proceed *in forma pauperis* for non-prisoners.

DATED this 12th day of March, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE